

# Affirmative Asylum Scheduling Bulletin

Versión en español

This bulletin explains how the Asylum Division prioritizes the adjudication of affirmative applications for asylum. On December 26, 2014, we began prioritizing asylum applications for interview scheduling as follows:

1.) Applications that were scheduled for an interview, but the interview had to be rescheduled at the applicant's request or the needs of USCIS;

2.) Applications filed by children; and

3.) All other pending affirmative asylum applications in the order they were received, with oldest cases scheduled first.

Generally, applicants in the first and second categories are scheduled promptly.

The table below lists how the asylum offices are currently scheduling asylum interviews for applications pending in the third category. It provides the filing dates (month and year) of most asylum applications scheduled for local interviews during that particular month. We have created this system to provide applicants in the third category an estimate for when they might expect their interview to be scheduled. The approximations provided in the table are based on interviews scheduled during the listed month and future movement will be determined by each office's caseload and resources. For example, in June 2015, the Arlington Asylum Office conducted interviews for applications filed in August 2013. It currently does not include asylum interviews occurring outside of the eight asylum offices or the Boston sub-office (e.g. interviews occurring on circuit rides). Asylum offices schedule circuit ride interviews as resources permit. Please contact the asylum office with jurisdiction over your case for more detailed information.

Asylum office directors may consider applicants' requests for urgent interview scheduling outside of the prioritization categories on a case-by-case basis. Please submit any urgent interview scheduling requests in writing to the asylum office with jurisdiction over your case. Go to the USCIS Service and Office locator page for contact information.

**Please Note:** The table does not include interviews for Form I-881, Application for Suspension of Deportation or Special Rule Cancellation of Removal (Pursuant to Section 203 of Public Law 105-100 (NACARA).

**Interview Schedule for Affirmative Asylum Applicants in Category 3**

This chart will be updated monthly. Please check back each month for updated information.

| If you live under the jurisdiction of… | We scheduled interviews in… | For people who filed in… |
|---|---|---|

`AILA Doc. No 18010562.   (Posted 1/5/18)`

| If you live under the jurisdiction of… | We scheduled interviews in… | For people who filed in… |
|---|---|---|
| Arlington, VA | December 2017 | July 2014 |
| | November 2017 | June – July 2014 |
| | October 2017 | June 2014 |
| Boston, MA | December 2017 | December 2013 – January 2014 |
| | November 2017 | November 2013 – January 2014 |
| | October 2017 | November – December 2013 |
| Chicago, IL | December 2017 | April – October 2015 |
| | November 2017 | March – September 2015 |
| | October 2017 | March – July 2015 |
| Houston, TX | December 2017 | July – December 2014 |
| | November 2017 | July – November 2014 |
| | October 2017 | July – August 2014 |
| Los Angeles, CA | December 2017 | June – October 2014 |
| | November 2017 | January – August 2014 |
| | October 2017 | November 2013 – January 2014 |

```
AILA Doc. No 18010562.  (Posted 1/5/18)
```

| If you live under the jurisdiction of… | We scheduled interviews in… | For people who filed in… |
|---|---|---|
| Miami, FL | December 2017 | June 2013 |
| | November 2017 | June 2013 |
| | October 2017 | June 2013 |
| Newark, NJ | December 2017 | March – September 2015 |
| | November 2017 | March – July 2015 |
| | October 2017 | Febraruy – June 2015 |
| New Orleans, LA | December 2017 | May – August 2016 |
| | November 2017 | March – May 2016 |
| | October 2017 | July 2015 – February 2016 |
| New York, NY | December 2017 | April – September 2015 |
| | November 2017 | April – September 2015 |
| | October 2017 | April – September 2015 |
| San Francisco, CA | December 2017 | June – July 2015 |
| | November 2017 | May – July 2015 |
| | October 2017 | May – July 2015 |

`AILA Doc. No 18010562.  (Posted 1/5/18)`