# UNITED STATES DISTRICT COURT
for the
District of Maryland

| Mirta Elizabeth Vasquez Romero | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 8:24-CV-556 |
| U.S. Citizenship and Immigration Services, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mirta Elizabeth Vasquez Romero.

Date: 02/23/2024

/S/ Joseph Moravec
*Attorney's signature*

Joseph Moravec, 21691
*Printed name and bar number*

Blessinger Legal, PLLC
7389 Lee Hwy, Ste 320
Falls Church, VA 22042
*Address*

jmoravec@blessingerlegal.com
*E-mail address*

(703) 855-4241
*Telephone number*

*FAX number*